# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS40 | 9598733 | McDonald | R275 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 11/25/2022 420
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 43 CFR 8341.1(d)
Place of Offense: ISDRA Wash Rd #8

Offense Description: Factual Basis for Charge — HAZMAT ☐
Open Container Alcohol Passenger (CVC 23223(b))

### DEFENDANT INFORMATION

Last Name: Pulido
First Name: Diego
MI: A

Tag No: 8WJL398
State: CA
Year: 16
Make/Model: Infinity
PASS: 
Color: BLK

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80.00 Forfeiture Amount
+ $30 Processing Fee
$ 110.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TBN
TBN

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9598733*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/25, 20 22 while exercising my duties as a law enforcement officer in the Southern District of California.

See Attached

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/25/2022   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident